September 27, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

DONALD BLACKSHIER, Appellant

NO. 14-16-00521-CV                    V.

JAMES THIBODEAUX, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on June 20, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Donald Blackshier.

We further order this decision certified below for observance.